```
FILED
JUN 3 0 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY           DEPUTY
```

UNITED STATES OF AMERICA

SOUTHERN DISTRICT OF CALIFORNIA    '08 MJ 8581

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Magistrate Case No.: |
| Plaintiff, | ) COMPLAINT FOR VIOLATION OF |
| v. | ) |
| Jose Ruben HERNANDEZ-Bugarin | ) Title 8, U.S.C., Sec., 1326 |
| Defendant. | ) Attempted Entry After Being Ordered Deported/Removed |

The undersigned complainant, being duly sworn, states:

On June 27, 2008, within the Southern District of California, the defendant, Jose Ruben HERNANDEZ-Bugarin an alien, who previously had been excluded, deported and removed from the United States to Mexico, attempted to enter the United States with the purpose, i.e., conscious desire, to enter the United States at the Calexico Port of Entry without the Attorney General of the United States or his designated successor, the Secretary of the Department of Homeland Security (Title 6, United States Code, Sections 202(3) and (4), and 557), having expressly consented to the defendant's reapplication for admission into the United States; in violation of Title 8, United States Code, Section 1326.

And the complainant states that this complaint is based on the attached probable cause statement, which is incorporated herein by reference.

Leticia Casillas, CBP
Enforcement Officer

SWORN TO BEFORE ME AND SUBSCRIBED IN MY PRESENCE, THIS DATE 30TH DAY OF June, 2008.

PETER C. LEWIS
UNITED STATES MAGISTRATE JUDGE

| | |
|---|---|
| 1 | UNITED STATES OF AMERICA |
| | v |
| 2 | Jose Ruben HERNANDEZ-Bugain |

PROBABLE CAUSE STATEMENT

I, Customs Border Protection Criminal Enforcement Officer Leticia Casillas, declare under penalty of perjury, the following is true and correct:

On June 27, 2008, at approximately 09:00 P.M., Jose Ruben HERNANDEZ-Bugain arrived at the Calexico West Port of Entry in Calexico, California pedestrian inspection lane. HERNANDEZ-Bugain applied for entry into the United States by claiming to be a Lawful Permanent Resident and stating that he did not have his card in his possession, and that he was going to Los Angeles, California. When asked to show some identification, HERNANDEZ-Bugain presented his California drivers license. Suspecting fraud, HERNANDEZ-Bugain was referred to pedestrian secondary office for further inspection.

In the secondary office, (CBPO) Margarita Haywood conducted fingerprint queries on HERNANDEZ-Bugain which revealed he had been removed from the U.S. HERNANDEZ-Bugain admitted he was a citizen and native of Mexico.

At the Port Enforcement Processing area, HERNANDEZ-Bugain was placed under arrest. HERNANDEZ-Bugain was advised of his Miranda warnings in the English language to which he said he understood.

//
//
//
//
//
//
//
//

UNITED STATES OF AMERICA
v
Jose Ruben HERNANDEZ-Bugain

Executed on June 28, 2008, at approximately 01:00 P.M.

_____
Leticia Casillas, CBP
Criminal Enforcement Officer

On the basis of the facts presented in the probable cause statement consisting of 2 page, I find probable cause to believe that the defendant named in this probable cause statement committed the offense on June 27, 2008 in the violation of Title 8, United States Code, § 1326.

_____        6/28/08 at 2:25pm
HON. Barbara L. Major                  Date and Time
United States Magistrate Judge